ACCEPTED
03-14-00116-CV
3858535
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/22/2015 11:02:08 AM
JEFFREY D. KYLE
CLERK



January 22, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/22/2015 11:02:08 AM
JEFFREY D. KYLE
Clerk

***VIA ELECTRONIC FILING***

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

Re: *Steve Key, Pat Curry, PJC Properties, L.L.C. and PJC Central Texas Freight Lines, L.L.C. v. Daniel R. Richards, as Receiver for Centex Freight Lines, L.L.C. and Prudence Adams*
Case No.: 03-14-00116-CV
Our File No.:163-5341

Dear Mr. Kyle:

Please be advised that I will be presenting oral argument on behalf of Appellants Steve Key, Pat Curry, PJC Properties, L.L.C. and PJC Central Texas Freight Lines, L.L.C. on February 11, 2015 at 1:30 p.m.

As always, thank you for your assistance in this matter. Please feel free to contact me if you need further information or if you have any questions.

Sincerely,

David M. Walsh IV

DMW:bps

cc: Clark Richards, Esq. – via e-mail